IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ALFONIA LEE BOSKIT,

    Petitioner,
v.                                                                                CASE NO. 1:05-cv-00196-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner's decision denying benefits be affirmed. No objections have been filed, and the time for doing so has passed. Plaintiff has two severe conditions, as the ALJ found, asthma and congestive heart failure, for which medication, diet and exercise were prescribed and had been found to manage her symptoms when used as directed. The Court agrees with the Magistrate Judge that the ALJ properly considered plaintiff's credibility by noting that she had not sought any medical treatment from September 2002 to January 2005, that she told Dr. Chodosh she could perform all activities of self-care, that she continues to smoke a pack of cigarettes a day, and has been non-compliant with her hypertension medications.  Also, the medical records do not support cardiac pain, rather she seems to have musculoskeletal pain which does not preclude her ability to perform a full range of light work as set forth by Dr. Chodosh. There is nothing in the record to support her allegations of continued abdominal pain, which appears to have been resolved with an appendectomy.   Finally, the ALJ properly used the occupational grids to reach his decision that she was not disabled because dust, fumes and irritants do not limit her ability to find work beyond a minimal impact because most

jobs do not involve excessive amounts of these things.   Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Commissioner's decision denying benefits is affirmed, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *15th*   day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge